738

Gordon, Appellant, *v.* Gordon et al.

Argued December 6, 1972. *Harry C. Barbin,* for appellant; *Samuel M. Brodsky,* for appellee.

Order affirmed.

Kogud-Dubb-Revere, Inc. *v.* Motorman's Services, Inc. et al., Appellants.

Argued December 6, 1972. *Thomas J. Calnan, Jr.,* with him *Stambert, Caplan, Calnan & Behrle,* for appellants; *Alan M. Black,* with him *Efron and Black,* for appellee.

Order affirmed.

Mariani, Appellant, *v.* Mariani.

Argued December 12, 1972. *Robert M. Going,* for appellant; *John Mongiovi,* with him *Xakellis, Perezous & Mongiovi,* for appellee.

Order affirmed.